UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
United States of America,

                          Plaintiff,

  -against-

                                                   Case No. 7:22-mj-2744

Robert Staab

                          Defendant.

---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                        SO ORDERED.

                                                        _____
                                                        Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York